7-16-15

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK _____

CHRISTOPHER A. PRINE
CLERK OF COURT
FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TX. 77002-2066

RE: CASE NO. 01-13-00877-CR
TRIAL NO. 1365165
STYLED: BERNARD CARDENAS
V. STATE OF TEXAS

DEAR CLERK,

Sir, I'm writing today seeking information on the status of my PRO-SE RESPONSE TO AN ANDERS BRIEF THAT WAS FILED WITH YOUR OFFICE 5-12-2014. I last RELIEVED NOTICE FROM YOU Oct. 22, 2014 STATING THE STATUS OF MY RESPONSE TO ANDERS BRIEF WAS:

(1) Has been filed but has not yet been Decided

(2) Your case is Ready to be set for submission

I'm simply seek to know if any steps have

BEEN MOVED BY SUBMISSION OR DECISION WISE IF NOT IS THERE ANY APPROXIMATE TIME BETWEEN WHEN THE COURT FILES A MATTER AND IT IS SUBMITTED OR DECIDED

SIR, PLEASE DO NOT CONSIDER THIS LETTER AS A MANDAMUS ACTION, BUT RATHER, A REQUEST FOR INFORMATION, AS I AM A PRO-SE LITIGANT AND DO NOT KNOW THE PROCESSES BY WHICH YOUR COURT OPERATES.

THANK YOU!, FOR YOUR TIME AND EFFORTS ON MY BEHALF.

RESPECTFULLY,

[S] Bernard Cardenas

BERNARD CARDENAS #1885251
MC CONNELL UNIT
3001 S. EMILY, DR.
BEEVILLE, TX 78102

PRO-SE LITIGANT

BERNARD CARDENAS
#1885251 L8-67-T
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
20 JUL 2015 PM 3 L

7700220 6699

Christopher A. Prine
Clerk of Court
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066